**Electronically Filed
Supreme Court
SCWC-12-0000703
23-OCT-2015
11:00 AM**

SCWC-12-0000703

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

KARL ROBERT BRUTSCH,
Respondent/Plaintiff-Appellee/Cross-Appellant,

vs.

CELIA KAY BRUTSCH,
Petitioner/Defendant-Appellant/Cross-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000703; FC-D NO. 09-1-2906)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.

The application for writ of certiorari filed on September 11, 2015 by Petitioner/Defendant-Appellant/Cross-Appellee Celia Kay Brutsch is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, October 23, 2015.

Peter Van Name Esser &
P. Gregory Frey
for petitioner

Samuel P. King, Jr.
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

